IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTOPHER LOWE HICKLIN DC PLC, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL PEN CO. LLC, NATIONAL PEN HOLDINGS, LLC and JOHN DOES 1-10,<br><br>      Defendants. | Civil Action No. 14-CV-02657-VMC-TGW |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, CHRISTOPHER LOWE HICKLIN DC PLC, and Defendants, NATIONAL PEN CO. LLC and NATIONAL PEN HOLDINGS, LLC, through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice. Each party to bear its own costs.

Dated: May 14, 2015

             s/ Ryan M. Kelly
             Ryan M. Kelly
             FL Bar No. 90110
             ANDERSON + WANCA
             3701 Algonquin Road, Suite 760
             Rolling Meadows, IL  60008
             Telephone: 847-368-1500
             Facsimile:  847-368-1501
             rkelly@andersonwanca.com
             *Attorneys for Plaintiff*


             s/ Andrew B.Clubok
             Andrew B. Clubok *admitted Pro Hac Vice*
             Paul Daniel Bond
             KIRKLAND & ELLIS LLP
             601 Lexington Avenue
             New York, New York 10022

Telephone: 212-446-4800  
Facsimile: 212-446-4900  
aclubok@kirkland.com  
pbond@kirkland.com  

s/ Dennis P. Waggoner  
Dennis P. Waggoner  
FL Bar No. 509426  
HILL, WARD & HENDERSON P.A.  
101 East Kennedy Blvd., Suite 3700  
P. O. Box 2231  
Tampa, FL 33602  
Telephone: 813-221-3900  
dwaggoner@hwhlaw.com  

*Attorneys for National Pen Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

s/ Dennis P. Waggoner